IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| KAREN M. BROWN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | 08-CIV-6254 (RMP) |
| v. | ) | |
| | ) | |
| MUNCHKIN, INC. and its BAMBOO | ) | |
| PET DIVISION, | ) | |
| | ) | |
| Defendant. | ) | |

## STIPULATED EXTENSION OF TIME FOR DEFENDANT MUNCHKIN, INC. TO RESPOND TO COMPLAINT

IT IS HEREBY STIPULATED and agreed by and between the parties, thorough their

undersigned counsel, that the time within which defendant Munchkin may respond to the

complaint be, and hereby is, extended to September 26, 2008.

SO STIPULATED:

DATED: August 12, 2008            DUNNEGAN LLC

By William Dunnegan
William Dunnegan (WD 9316)
350 Fifth Avenue – Suite 4908
New York, New York 10118
(212) 332-8300

Attorneys for Defendant Munchkin, Inc.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/13/08

DATED:  August _13_ 2008

MEREDITH & KEYHANI, PLLC

By _Sidney R. Bresnick_
Sidney R. Bresnick (SB6471)
300 Park Avenue
17th Floor
New York, New York 10022
(212) 572-4890 (Direct Line)
sbresnick@meredithkeyhani.com

Attorneys for Plaintiff Karen M. Brown

IT IS SO ORDERED.

Dated: _August 13, 2008_

_Robert P. Patterson_
Honorable Robert P. Patterson
United States District Judge