UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
KAREN M. BROWN ,                                  :
                                                  :
                 Plaintiff,          :
                                                  :
      - against -                             :   Case No.  1:08-cv-6254-RPP
                                                  :
MUNCHKIN, INC. and its BAMBOO                     :
DIVISION,                                         :   JURY DEMANDED
                                                  :
                 Defendant.          :
-----------------------------------------------------------x

### NOTICE OF VOLUNTARY DISMISSAL OF COMPLAINT
### PURSUANT TO RULE 41(a)(1), FED. R. CIV. P.

Plaintiff Karen M. Brown ("Plaintiff"), pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, hereby voluntarily and without prejudice dismisses her complaint against Munchkin, Inc. and its Bamboo Division ("Defendant") for infringement of U.S. Patent No. 6,644,241. As of the date of this Notice of Dismissal, Defendant has not served an answer to the complaint or a motion for summary judgment.

Dated:    August 15, 2008                  Meredith & Keyhani, PLLC
                                                     Attorneys for Plaintiff Karen M. Brown

                                                       By _/s/ Sidney R. Bresnick_____
                                                       Sidney R. Bresnick (SB6471)
                                                       Dariush Keyhani (DK9673)
                                                       300 Park Avenue, 17th Floor
                                                       New York, NY 10022
                                                       Tel. (212) 760-0098
                                                       Direct Line (212) 572-4890
                                                       Fax (212) 202-3819

## CERTIFICATE OF SERVICE

I hereby certify that on August 15, 2008, I electronically filed Plaintiff Karen M. Brown's NOTICE OF VOLUNTARY DISMISSAL OF COMPLAINT PURSUANT TO RULE 41(a)(1), FED. R. CIV. P. with the Clerk of the District Court using the CM/ECF system, and served the same by U.S. Mail, postage prepaid, on the following attorneys for Defendant Munchkin, Inc.:

William Dunnegan, Esq.
Dunnegan LLC
350 Fifth Avenue
Suite 4908
New York, NY 10118
(212) 332-8300

John L. Knoble, Esq.
Knoble Yoshida & Dunleavy, LLC
Eight Penn Center Suite 1350
1628 John F. Kennedy Boulevard
Philadelphia, PA 19103
(215) 599-0600

_/s/ Sidney R. Bresnick_
Sidney R. Bresnick
Meredith & Keyhani, PLLC
300 Park Avenue, 17th Floor
New York, NY 10022
Tel. (212) (212) 572-4890
Fax (212) 202-3819
sbresnick@meredithkeyhani.com