UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
KAREN M. BROWN,

                Plaintiff,

    - against -                          Case No.  1:08-cv-6254-RPP

MUNCHKIN, INC. and its BAMBOO
DIVISION,                                  JURY DEMANDED

                Defendant.
-------------------------------------------------------x

### NOTICE OF VOLUNTARY DISMISSAL OF COMPLAINT
### PURSUANT TO RULE 41(a)(1), FED. R. CIV. P.

Plaintiff Karen M. Brown ("Plaintiff"), pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, hereby voluntarily and without prejudice dismisses her complaint against Munchkin, Inc. and its Bamboo Division ("Defendant") for infringement of U.S. Patent No. 6,644,241. As of the date of this Notice of Dismissal, Defendant has not served an answer to the complaint or a motion for summary judgment.

Dated:       August 15, 2008                  Meredith & Keyhani, PLLC
                                                      Attorneys for Plaintiff Karen M. Brown

                                                      By _____
                                                         Sidney R. Bresnick (SB6471)
                                                         Dariush Keyhani (DK9673)
                                                         300 Park Avenue, 17th Floor
                                                         New York, NY 10022
                                                         Tel. (212) 760-0098
                                                         Direct Line (212) 572-4890
                                                         Fax (212) 202-3819

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/20/08

So Ordered
[signature]
8/19/08  USDJ

## CERTIFICATE OF SERVICE

I hereby certify that on August 15, 2008, I electronically filed Plaintiff Karen M. Brown's NOTICE OF VOLUNTARY DISMISSAL OF COMPLAINT PURSUANT TO RULE 41(a)(1), FED. R. CIV. P. with the Clerk of the District Court using the CM/ECF system, and served the same by U.S. Mail, postage prepaid, on the following attorneys for Defendant Munchkin, Inc.:

>William Dunnegan, Esq.
>Dunnegan LLC
>350 Fifth Avenue
>Suite 4908
>New York, NY 10118
>(212) 332-8300
>
>John L. Knoble, Esq.
>Knoble Yoshida & Dunleavy, LLC
>Eight Penn Center Suite 1350
>1628 John F. Kennedy Boulevard
>Philadelphia, PA 19103
>(215) 599-0600

*(signature)*
Sidney R. Bresnick
Meredith & Keyhani, PLLC
300 Park Avenue, 17th Floor
New York, NY 10022
Tel. (212) (212) 572-4890
Fax (212) 202-3819
sbresnick@meredithkeyhani.com